Emerson Baetz, for appellant; Hemphill & Kelsey, and John W. Russell, for appellee. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full. Opinion filed May 21, 1954; released for publication June 7, 1954.

## People of State of Illinois, Plaintiff-Defendant in Error, v. Edward Ford, Defendant-Plaintiff in Error.

### Gen. No. 9,942.   (Abstract of Decision.)

A. M. Fitzgerald, for plaintiff in error; George P. Coutrakon, State's Attorney of Sangamon county, and Leonard Cohn, Assistant State's Attorney, for defendant in error. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full. Opinion filed May 21, 1954; released for publication June 7, 1954.

## Bloomington Township, a Municipality, Plaintiff-Appellant, v. Brad F. Grinter, Defendant-Appellee.

### Gen. No. 9,948.   (Abstract of Decision.)